IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 5:23-CR-00005-008 (CAR) |
| **KENNETH MADDOX** | |

## ORDER

On March 26, 2025, the defendant, Kenneth Maddox, appeared before the Court for a probation revocation hearing. The defendant stipulated to both violations listed in the petition (CM/ECF Doc. #307 filed on November 18, 2024). The Court finds the defendant in violation of the conditions of probation as outlined in the petition. After hearing from the defense counsel and the government concerning the violations listed in the petition, the Court releases the defendant from custody to participate in inpatient substance treatment at the Christian Recovery Centers located in East Dublin, Georgia. The Court orders the defendant to continue his current term of probation. Furthermore, the Court modifies the defendant's conditions of probation requiring that he participate and successfully complete the inpatient treatment program at Christian Recovery Centers. The Court also sentences Maddox to a 9-month revocation imprisonment sentence. The revocation and the revocation sentence in this case are being held in abeyance to monitor the defendant's treatment progress. The term of imprisonment shall be imposed if the defendant fails to complete the inpatient treatment program.

SO ORDERED this 2 day of April, 2025.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE

Prepared by: DLC